# EXHIBIT A

Clerk of the Superior Court
*** Electronically Filed ***
J. Nelson, Deputy
10/19/2020 5:05:46 PM
Filing ID 12123774

Person/Attorney Filing: Jonathan A. Jamieson
Mailing Address: 3101 N. Central Ave., Suite 1500
City, State, Zip Code: Phoenix, AZ 85012
Phone Number: (602)258-8900X296
E-Mail Address: jonathanj@phillipslaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 024967, Issuing State: AZ



IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Jennifer Minnerly
Plaintiff(s),
v.                                          Case No. CV2020-013218
Target Stores, Inc., et al.                 **SUMMONS**
Defendant(s).

To: Target Stores, Inc.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZTurboCourt.gov Form Set #5070747

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MARICOPA

SIGNED AND SEALED this Date: *October 19, 2020*

*JEFF FINE*
Clerk of Superior Court

By: *JACQUELINE NELSON*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Case 2:20-cv-02172-MTL   Document 1-3   Filed 11/11/20   Page 4 of 10

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
J. Nelson, Deputy
10/19/2020 5:05:46 PM
Filing ID 12123771

Jonathan Jamieson (#024697)
Timothy G. Tonkin, Esq. (#020709)
**PHILLIPS LAW GROUP, P.C.**
3101 North Central Avenue, Suite 1500
Phoenix, Arizona 85012
Tel: (602) 258-8900
Fax: (602) 900-0114
E-Mail: jonathanj@phillipslaw.com
minute_entries@phillipslaw.com
*Attorneys for Plaintiff*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| JENNIFER M. MINNERLY, individually,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET STORES, INC., a foreign corporation; JOHN DOES 1-5; JANE DOES 1-5; BLACK CORPORATIONS 1-5; WHITE PARTNERSHIPS 1-5,<br><br>Defendants. | Case No.: CV2020-013218<br><br>COMPLAINT |

Jennifer Minnerly (hereinafter "Plaintiff"), for her complaint, alleges as follows:

1. Plaintiff is, and was at all times material herein, a resident of the county of Maricopa, State of Arizona.

2. Defendant Target Stores, Inc. (hereafter "Target") is a foreign corporation with its principle place of business in Minnesota, which is authorized and conducts business in the State of Arizona at 1525 S. Power Rd., in Mesa Arizona as a retail store for one or all of the Defendants named herein, and is doing business within Maricopa County, State of Arizona.

3. Defendants sued herein as John Does 1-5 are now and were at all relevant times residents of the County of Maricopa, State of Arizona. Further, said Defendants are owners, partners, agents, servants, managers, and/or employees of Defendant Target Stores, Inc., and as such are liable for the actions of said Defendant(s) such that the employer Defendant is

vicariously liable for the acts and omissions of John Does 1-5. Further the Defendants sued herein as Jane Does 1-5 are the wives of Defendants John Does 1-5 and all acts complained of herein were for and on behalf of the respective Doe marital communities. Plaintiff will request leave of the Court to insert the true names of these unknown Defendants as their identities are learned in the course of discovery.

4. The Defendants sued herein as Black Corporations 1-5, and/or White Partnerships 1-5, is/are the owner(s), agent(s), dba(s), servant(s), wholly owned subsidiary(ies), managing partner(s) and/or corporate parent(s) of Defendant Target, or owners of property located at 1525 S. Power Road, Mesa Arizona, and as such, is/are liable for the actions of said Defendants. All said fictitious Defendants are believed to be authorized to do business in the State of Arizona.

5. All acts and events alleged hereafter occurred within the County of Maricopa, State of Arizona.

6. The minimum jurisdictional amount for filing this action has been satisfied. This Court has jurisdiction and venue is proper.

### COUNT ONE: NEGLIGENCE

7. Plaintiff re-alleges and incorporates paragraphs 1-6 above as if fully set forth herein.

8. On November 6, 2018, Plaintiff was a customer of the Target retail store, located at 1525 S. Power Road, Mesa Arizona, and was walking down an aisle inside the Target store, when she slipped and fell on a liquid on the floor of said premises.

9. Defendants owed Plaintiff a duty of care to conduct a reasonable inspection of the premises for hazards, to remedy such hazards, to warn Plaintiff of any such hazards, and to operate in a way unlikely to cause hazards and to remedy any such hazards, whether created by Defendant or known or that it discovers.

10. Defendants breached that duty to Plaintiff, and as a direct and proximate result, Plaintiff suffered damages.

### COUNT TWO: PREMISES LIABLITY

11. Plaintiff re-alleges and incorporates by reference Paragraphs 1-10 above as if fully set forth herein.

12. On November 6, 2018, Plaintiff was a business invitee at Target, located at 1525 S. Power Road, Mesa Arizona.

13. Defendants owed a duty of due care to its business invitees and, specifically to Plaintiff, to conduct reasonable inspection of the premises for hazards, to warn Plaintiff of any such hazards, to remedy any hazards, to operate in a way unlikely to cause hazards and to remedy any such hazards, whether known or that it discovers.

14. Defendants breached their duty of due care by failing to adequately warn Plaintiff of a dangerous condition then existing on its premises.

15. Defendants knew or should have known that an unreasonably dangerous condition existed on its premises, therefore providing Defendant ample notice to take action to remedy the unreasonably dangerous condition.

16. Defendant failed to operate in a way that was unlikely to create hazards and to promptly remedy those hazards.

17. As a result of Defendants' failure to adequately warn of the dangerous condition, failure to remedy the dangerous condition and /or creating the dangerous condition, Plaintiff suffered injuries.

### DAMAGES

18. Plaintiff re-alleges and incorporates paragraphs 1-17 above as if fully set forth herein.

19. As a direct and proximate result of the negligent, reckless, and careless conduct of Defendants, Plaintiff suffered severe injuries which caused him pain, suffering, distress, mental and emotional anguish and anxiety, and a general decrease in his quality and enjoyment of life, all in an amount to be proven at trial.

20. As a further direct and proximate result of the negligent, reckless, and careless conduct of Defendants, Plaintiff incurred expenses for medical care, and may incur expenses for future medical care, all in an amount to be proven at trial.

21. As a further direct and proximate result of the negligent, reckless, and careless conduct of Defendants, Plaintiff has or may have suffered lost earnings and may suffer future lost earnings and/or diminished earning capacity.

22. As a further direct and proximate result of the negligent, reckless, and careless conduct of Defendants, Plaintiff has incurred expenses for driving to doctor appointments, and is entitled to compensation for her mileage driven to doctor appointments, all in an amount to be proven at trial.

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them named herein, jointly and severally, as follows:

a. For Plaintiff's general and special damages;

b. For Plaintiff's expenses incurred for past medical care and treatment of Plaintiff's injuries for future medical treatment expenses;

c. For Plaintiff's For Plaintiff's expenses incurred for driving to and from doctor appointments;

d. For Plaintiff's past and future lost wages and loss of earning capacity;

e. For Plaintiff's costs incurred herein;

    f. For interest at the highest legal rate on all damages and costs from the time incurred on the date of such judgment, whichever is sooner, until paid; and

    g. For such other and further relief as this Court deems just and proper.

## STATEMENT OF TIER VALUE

Consistent with the factors and characteristics identified in the lawsuit above, this matter is an automobile tort, and pursuant to Rule 26.2(b) of the Arizona rules of Civil Procedure, the damages sought in this case qualify it as a Tier 2 case.

## JURY DEMAND

Plaintiff requests a trial by jury.

DATED this 19th day of October, 2020.

           PHILLIPS LAW GROUP, P.C.

           By _____
           Jonathan Jamieson, Esq.
           Timothy G. Tonkin, Esq.
           *Attorneys for Plaintiff*

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
J. Nelson, Deputy
10/19/2020 5:05:46 PM
Filing ID 12123773

Person/Attorney Filing: Jonathan A Jamieson
Mailing Address: 3101 N. Central Ave., Suite 1500
City, State, Zip Code: Phoenix, AZ 85012
Phone Number: (602)258-8900X296
E-Mail Address: jonathanj@phillipslaw.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 024967, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Jennifer Minnerly<br>Plaintiff(s),<br>v.<br>Target Stores, Inc., et al.<br>Defendant(s). | Case No.   CV2020-013218<br><br>**CERTIFICATE OF<br>COMPULSORY ARBITRATION** |

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Jonathan A Jamieson /s/
Plaintiff/Attorney for Plaintiff



**Service of Process Transmittal**
10/21/2020
CT Log Number 538440136

**TO:** Sue Carlson
Target Corporation
1000 Nicollet Mall
Minneapolis, MN 55403-2542

**RE:** **Process Served in Arizona**

**FOR:** Target Stores, Inc. (Assumed Name) (Domestic State: MN)
Target Corporation (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | JENNIFER M. MINNERLY, etc., Pltf. vs. Target Stores, Inc., etc., et al., Dfts. |
| DOCUMENT(S) SERVED: | - |
| COURT/AGENCY: | None Specified<br>Case # CV2020013218 |
| NATURE OF ACTION: | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Phoenix, AZ |
| DATE AND HOUR OF SERVICE: | By Process Server on 10/21/2020 at 13:36 |
| JURISDICTION SERVED: | Arizona |
| APPEARANCE OR ANSWER DUE: | None Specified |
| ATTORNEY(S) / SENDER(S): | None Specified |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 10/22/2020, Expected Purge Date: 10/27/2020<br><br>Image SOP<br><br>Email Notification, Non Employee Litigation Target gl.legal@target.com |
| SIGNED:<br>ADDRESS: | C T Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| For Questions: | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

Page 1 of 1 / SH

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.