Jonathan Jamieson (#024697)
Timothy G. Tonkin, Esq. (#020709)
**PHILLIPS LAW GROUP, P.C.**
3101 North Central Avenue, Suite 1500
Phoenix, Arizona 85012
Tel:  (602) 258-8900
Fax: (602) 900-0114
E-Mail: jonathanj@phillipslaw.com
minute_entries@phillipslaw.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer M. Minnerly, individually,<br><br>Plaintiff,<br><br>vs.<br><br>Target Stores, Inc., a foreign corporation; John Does 1-5; Jane Does 1-5; Black Corporations 1-5; White Partnerships 1-5,<br><br>Defendants. | Case No.: CV-20-02171PHX-MTL<br><br>**STIPULATED MOTION TO REMAND BACK TO MARICOPA COUNTY SUPERIOR COURT** |

The parties, by and through the undersigned counsel, hereby move this court to remand this matter back to Maricopa County Superior Court where it first began, because the amount in controversy is less than $75,000.00. This motion is supported by the following Memorandum of Points and Authorities.

### Factual Background

Plaintiff was a customer of Defendant Target Stores, Inc., retail store, on November 6, 2018. Plaintiff filed a lawsuit (CV2020-01328) on October 19, 2020, in Maricopa County Superior Court.  On November 11, 2020, Defendant filed a Notice of Removal to Federal Court based on diversity jurisdiction and claimed the amount in controversy was over $75,000.00. Plaintiffs' counsel did not object to the removal at the time.  However, Plaintiff has since agreed with Defendant that she will not seek recovery in excess of $75,000.00.  The

parties hereto have since agreed to remand this matter back to Maricopa County Superior Court.

## Memorandum and Points of Authorities

**A. Plaintiffs' claims do not meet the minimum amount required to give this Court Subject Matter Jurisdiction**

The present case is before the Court under the diversity jurisdiction provision of 28 U.S.C. § 1332(a), which grants jurisdiction over civil disputes between citizens of different states where the amount in controversy exceeds $75,000.00. After a case has been removed from state to federal court, "[i]f at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded." 28 U.S.C. § 1447(c). Courts may consider post-removal evidence to clarify the amount in controversy at the time of removal. *Edison v. USAA Casualty Co.*, 2006 WL 1806188 (W.D. Wash 2006). Thus, where a plaintiff makes a stipulation that the amount in controversy will not exceed the jurisdictional limit, remand is proper. *See, Workman v. Kawaski Motor Corp.*, 794 F. Supp. 1010 (W.D. Mo. 1990) (Where a plaintiff makes a stipulation that the amount in controversy had a value less than that required for diversity jurisdiction, remand is proper).

Plaintiff never pled a specific amount that would meet or exceed the statutory limit. Plaintiff's original complaint is silent as to a monetary amount. Plaintiff's counsel has stipulated to cap Plaintiffs' damages at $74,999.99 which is under the jurisdictional limit. Accordingly, remand is appropriate.

## Conclusion

As Plaintiff will stipulate the amount in controversy is under the statutory minimum, this court lacks subject matter jurisdiction and this case should be remanded to Maricopa County Superior Court.

## Relief Requested

The parties request this case be remanded to Maricopa County Superior Court where it originated.

RESPECTFULLY SUBMITTED this 7th day of December, 2020.

**PHILLIPS LAW GROUP, P.C.**

By: */s/ Timothy Tonkin, Esq.*
    Timothy G. Tonkin, Esq.
    Jonathan Jamieson, Esq.
    *Attorneys for Plaintiffs*

**JONES, SKELTON & HOCHULI, P.L.C.**

By: */s/ Jefferson T. Collins, Esq( w/ permission)*
    Jefferson T. Collins Esq.
    *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on December __8th__, 2020, I electronically transmitted the attached document, Stipulation to Remand Back to Maricopa County Superior Court, to the Clerk's office using the CM-ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM-ECF registrant:

Jefferson Collins, Esq.
Jones Skelton & Hochuli, PLC
40 N. Central Ave., Suite 2700
Phoenix, AZ 85013
*Attorney for Defendant Target Stores, Inc.*

By: /s/*Monique Parker*
Employee of Phillips Law Group, P.C.