# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer M Minnerly, | No. CV-20-02172-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Target Stores Incorporated, et al., | |
| Defendants. | |

The parties have filed a Stipulated Motion to Remand Back to Maricopa County Superior Court. (Doc. 7.) The parties request that this matter be remanded on grounds that the amount in controversy does not exceed $75,000. *See* 28 U.S.C. § 1332(a). Good cause appearing,

**IT IS ORDERED granting** the Stipulated Motion (Doc. 7). The Clerk of the Court is kindly directed to remand this action to the Maricopa County Superior Court.

**IT IS FURTHER ORDERED** that the Telephonic Scheduling Conference set for December 17, 2020 is vacated.

Dated this 8th day of December, 2020.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge